UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN,<br><br>   Petitioner,<br><br>   v.<br><br>FRED FOULK, et al.,<br><br>   Respondents. | Case No. 20-cv-00181-SI<br><br>**ORDER EXTENDING ANSWER DEADLINE** |

Petitioner Samuel Wynn has filed a petition for writ of habeas corpus. Docket No. 1. On July 2, 2020, the Court issued an Order to Show Cause, ordering respondents to answer by October 2, 2020. Docket No. 8. Respondents have not answered and it appears from a review of the docket that respondents may not have been served as the Court previously ordered.

Accordingly, the Court hereby **ORDERS**:

1. The clerk shall electronically serve a copy of this Order and the Order to Show Cause (Docket No. 8) upon respondents and respondents' attorney, the Attorney General of the State of California, at the following email address: SFAWTParalegals@doj.ca.gov. The petition and any exhibits thereto are available via the Electronic Case Filing (ECF) system for the Northern District of California.

2. Respondents must file and serve upon petitioner, on or before **January 8, 2021,** an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondents must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

3. If petitioner wishes to respond to the answer, he must do so by filing a traverse with

1  the Court and serving it on respondent on or before **February 19, 2021.**

2      4.    The Court previously noted that the petition for writ of habeas corpus was not signed by petitioner and ordered that petitioner file a copy of the petition, signed by petitioner, no later than September 2, 2020.  Docket No. 8 at 3.  Petitioner has not done so.  **The Court ORDERS Wynn's counsel to file a copy of the petition,** *signed by Wynn*, **no later than November 9, 2020.**

    **IT IS SO ORDERED**.

Dated: October 7, 2020

_____
SUSAN ILLSTON
United States District Judge

2