UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED FOULK, et al.,<br><br>    Defendants. | Case No. 20-cv-00181-SI<br><br>**ORDER EXTENDING DEADLINE TO FILE PETITION SIGNED BY PETITIONER** |

On December 4, 2020, this Court issued its third order requiring petitioner's counsel file a copy of the petition for writ of habeas corpus that has been personally signed by petitioner. Dkt. Nos. 8, 9, 11. The Court's December 4, 2020 order stated that failure to comply with the order by January 5, 2021 would result in the dismissal of the action. Dkt. No. 11. On January 5, 2021, attorney Mohammad Ali contacted the Court's courtroom deputy, explaining he was newly engaged to represent the petitioner, requesting the matter not be dismissed, and requesting an extension of the January 5, 2021 deadline.

As such, the Court hereby extends the deadline by which petitioner's counsel must file the petition for writ of habeas corpus personally signed by petitioner to February 5, 2021.

**IT IS SO ORDERED**.

Dated: January 5, 2021

_____
SUSAN ILLSTON
United States District Judge