UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WYNN,<br><br>   Plaintiff,<br><br>  v.<br><br>FRED FOULK, et al.,<br><br>   Defendants. | Case No. 20-cv-00181-SI<br><br>**JUDGMENT**<br>Re: Dkt. No. 1 |

The petition for writ of habeas corpus filed by Samuel Wynn has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUJDGED**.

Dated: December 29, 2021

_____
SUSAN ILLSTON
United States District Judge